RECEIVED
JUL 10 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOHNSON BERNARD, Plaintiff | CIVIL ACTION NO. 1:18-CV-531-P |
| VERSUS | JUDGE DEE D. DRELL |
| ROY O. MARTIN PLYWOOD, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Bernard's claims be DENIED and DISMISSED WITH PREJUDICE under §§ 1915(e)(2)(b) and 1915A. Bernard's claim regarding his disciplinary conviction are dismissed with prejudice to being asserted again until the conditions set forth in Heck v. Humphrey, 512 U.S. 477 (1994), have been met. See DeLeon v. City of Corpus Christi, 488 F.3d 649, 657 (5th Cir. 2007); Johnson v. McElveen, 101 F.3d 423, 424 (5th Cir. 1996).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 9th day of July, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE